UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13- mc-20198-CIV (CMA)

NATIONAL LABOR RELATIONS BOARD, )
)
Applicant, )
)
v. )
)
GIMROCK CONSTRUCTION, INC. )
)
Respondent, )
)
and )
)
THE NORTHERN TRUST COMPANY )
)
Garnishee. )
_____ )

FILED by ___ D.C.
MAR 18 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

AMENDED
ANSWER OF GARNISHEE

I, __Marc Dietz_____ (insert full name of individual preparing this answer), **BEING DULY SWORN, DEPOSE AND STATE AS FOLLOWS**:

1. I am authorized by the Garnishee named above to make this answer to the Writ of Garnishment served on the Garnishee in the above referenced proceeding.

2. The Garnishee's complete name, address, telephone number and facsimile transmission number are as follows:

   The Northern Trust Company
   50 S. LaSalle
   Chicago, Illinois 60603
   312-557-7218 (phone)
   312-849-8431 (fax)

3. The writ of garnishment was served on the Garnishee at __11:30__ a.m./p.m. (circle one) on __February 28, 2013_____ (month, date and year).

4. At any time on or after the date of service of the writ of garnishment in this proceeding, did the Garnishee owe any indebtedness to and/or hold any moneys or other property on behalf of or belonging to Gimrock Construction, Inc. ("Respondent")?

X Yes

__ No

If the answer is yes, state the basis and amount of all indebtedness owed to Respondent, and/or the amount(s) of any moneys and/or the type and value of any other property presently being held by the Garnishee on behalf of Respondent:

**See answer to number 5.**

5. If the Garnishee presently has custody, control or possession of any moneys, checking accounts, savings accounts, brokerage accounts, money market accounts, certificates of deposit, or other financial accounts, in which Respondent held an interest when the writ was served or at any time since, state the account number and balance of each such account:

(a) on the date the writ of garnishment was served:

| Account Number | Balance |
|---|---|
| xxxxxx4143 | $538,717.09 |

(b) at the time this Answer was prepared:

| Account Number | Balance |
|---|---|
| xxxxxx4143 | $288,717.09* |

*Pursuant to the Order entered on March 11, 2013 by United States District Judge, Cecilia M. Altonaga, $250,000.00 of Respondent's funds were released.

6. At any time on or after the date of service of the writ of garnishment, did Respondent maintain a safety deposit box at or under the control of the Garnishee?

___ Yes

**X** No

If the answer is <u>yes</u>, state the number and location of all such safety deposit boxes: **N/A**

7. In addition to any assets described above, does the Garnishee anticipate owing any indebtedness to Respondent or holding any funds or other property on behalf of Respondent at any time in the future?

___ Yes

**X** No

If the answer is <u>yes</u>, state the basis for and amount of any such anticipated indebtedness and/or the amount of such funds or the type and value of any such property: **N/A**

8. If Garnishee is unable to determine the identity of Respondent after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: **N/A**

9. Is the Garnishee aware of any other garnishments, liens or levies in effect at the time of the service of the writ of garnishment in this case, or since, with respect to any assets owned or controlled by Respondent?

___ Yes

**X** No

If the answer is <u>yes</u>, describe below or on a separate sheet of paper attached hereto any such garnishments, liens or levies, and the outstanding amount of each, and supply copies of all documents establishing the existence of any such garnishments, liens or levies:   **N/A**

10. If you <u>deny</u> that the Garnishee holds property subject to this writ of garnishment, check the applicable line below:    **N/A**

_____ Garnishee was not, at the time of service of the writ of garnishment, and has not been at any time since service of the writ of garnishment, in any manner or upon any account indebted to or under liability to Respondent; Garnishee did not have, at the time of service of the writ of garnishment, and has not had at any time since service of the writ of garnishment, possession, custody or control of any money or other property belonging to Respondent, or in which Respondent has or had an interest; and, Garnishee is in no manner liable as garnishee in this action.

_____ Garnishee has the following objections, defenses or set-offs to the National Labor Relations Board's right to apply Respondent's property to the satisfaction of the Board's claim (explain in detail, and provide copies of all supporting documentation):

11. Garnishee has this date delivered or mailed a copy of this answer by first-class mail to Respondent at Gimrock Construction, Inc., 14400 NW 102nd Avenue, Hialeah, Florida 33018. Additionally, Garnishee has delivered or mailed a copy of this answer first-class mail to Shelley Plass, NLRB, Region 12, Federal Building, 51 SW 1st Avenue, Room 1320, Miami, FL 33130-1623.

I have read the foregoing answer and hereby swear or affirm under penalty of perjury that the responses set forth above are based on facts known to me and are true and correct.

DATED: **March 13, 2013**

<div style="margin-left:40%">

**The Northern Trust Company**
GARNISHEE

By (signature): _[signature]_

Print name:   **Marc Dietz**

Title:   **Paralegal Supervisor**

Address:   **50 S. LaSalle**
**Chicago, Illinois 60603**

Phone:   **312-557-7218**

</div>

[Gimrock Post-J FDCPA Answer of Garnishee]